ORIGINAL



NO. 4-13CV-506-Y

| | | |
|---|---|---|
| EX PARTE | § | IN THE UNITED STATES DISTRICT |
| ERICK DANIEL DAVILA | § | COURT FOR THE NORTHERN |
| | § | DISTRICT OF TEXAS |

## MOTION FOR APPOINTMENT OF FEDERAL HABEAS COUNSEL ON STATE DEATH PENALTY CONVICTION

TO THE COURT:

Movant, ERICK DANIEL DAVILA [hereinafter "Mr. Davila"], pursuant to 21 U.S.C. § 848(q), requests the appointment of counsel to allow him to pursue a writ of habeas corpus in federal court, showing the court the following:

I.

Mr. Davila is the custody of the State of Texas. He was sentenced to death in a Tarrant County state district court and has exhausted his state remedies on direct appeal and habeas review.

II.

On April 17, 2013, the Texas Court of Criminal Appeals, in connection with his state writ no. WR-75, 356-01, denied Mr. Davila's requested relief without written order or opinion.

III.

Wherefore, Mr. Davila, who has been determined by the State court of conviction to be indigent, respectfully requests the appointment of <u>new</u> counsel on federal habeas review.

Respectfully Submitted,

*[signature]*

DAVID L. RICHARDS
State Bar No. 16845500
3001 West 5th Street, Suite 800
Fort Worth, Texas 76107
Phone: (817) 332-5567
Fax: (817) 885-7688

## CERTIFICATE OF SERVICE

The undersigned, David L. Richards, certifies that a true copy of this document has been mailed this 21st day of June, 2013, to the following persons:

Hon. Sharen Wilson
Presiding Judge
Criminal District Court Number One
Tarrant County, Texas 76196

Hon. Abel Acosta
Deputy Clerk
Texas Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Edward Daniel Davila
TDCJ #00999545

Polunsky Unit

3872 FM 350 South

Livingston, Texas 77351

Edward Marshall
Asst. Attorney General
P.O. Box 12548
Austin, Texas 78711

Andy Porter
Assistant District Attorney
Appellate Division
401 West Belknap Street
Fort Worth, Texas 76102

United States Attorney's Office
Attn: Nancy E. Larson
Assistant United States Attorney
801 Cherry Street, Ste. 1700
Fort Worth, Texas 76102-6897

_____
DAVID L. RICHARDS