```
                  IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF TEXAS
                          FORT WORTH DIVISION
```

ERICK DANIEL DAVILA,            §
    *Petitioner*,             §
                                §
V.                              §
                                §   Civil Action No. 4:13-CV-506-Y
WILLIAM STEPHENS, Director,     §
Texas Department of Criminal    §      (death-penalty case)
Justice, Correctional           §
Institutions Division,          §
    *Respondent*.             §

## NOTICE OF RECUSAL

Pursuant to Canon 3C(1) of the Code of Conduct for United States Judges, the Honorable Terry R. Means, presiding judge, recuses himself from this case. The case shall be reassigned **directly** to the docket of the Honorable Reed O'Connor.

Signed June 25, 2013.

                                            */s/ Terry R. Means*
                                            TERRY R. MEANS
                                            UNITED STATES DISTRICT JUDGE